Matter of Brighton Grassroots, LLC v Town of Brighton Zoning Bd. of Appeals (2023 NY Slip Op 03154)

Matter of Brighton Grassroots, LLC v Town of Brighton Zoning Bd. of Appeals

2023 NY Slip Op 03154

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

522 CA 22-00552

[*1]IN THE MATTER OF BRIGHTON GRASSROOTS, LLC, PETITIONER-APPELLANT,
v
TOWN OF BRIGHTON ZONING BOARD OF APPEALS, TOWN OF BRIGHTON OFFICE OF BUILDING INSPECTOR, TOWN OF BRIGHTON, M & F, LLC, DANIELE SPC, LLC, MUCCA MUCCA LLC, MARDANTH ENTERPRISES, INC., DANIELE MANAGEMENT, LLC, COLLECTIVELY DOING BUSINESS AS DANIELE FAMILY COMPANIES, RESPONDENTS-RESPONDENTS, ET AL., RESPONDENTS. (APPEAL NO. 5.) 

THE ZOGHLIN GROUP, PLLC, ROCHESTER (MINDY L. ZOGHLIN OF COUNSEL), FOR PETITIONER-APPELLANT.
WEAVER MANCUSO BRIGHTMAN PLLC, ROCHESTER (JOHN A. MANCUSO OF COUNSEL), FOR RESPONDENTS-RESPONDENTS TOWN OF BRIGHTON ZONING BOARD OF APPEALS,

 Appeal from a judgment (denominated order and judgment) of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered March 24, 2022, in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs (see Matter of Save Monroe Ave., Inc. v Town of Brighton [appeal No. 1], — AD3d — [June 9, 2023] [4th Dept 2023]).
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court